To Any Judges, our 79,104-17 10-25-15 11:52 AM

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 30 2015
Abel Acosta, Clerk

OG criminal courts appeal, I'm writing upon my concern on How I was Railroad By the county on a cases to was 10 years and 2 months old, I Have Filed over 3 to 4 11.07. Habas corpus, and yet I was Turn Down, and I really felt no one Really look at my cases serious look at all the errs on my cases, cause: 26162, 26168, 26169. I bond these cases Dec 1, 1999 and was Revoked and sent to T.D.C.J in January of 2000. Indicted April

25, 2002. AND STAYED TO LOCK UP UNTIL MARCH OF 2002. MADE ~~PAROLE~~ PAROLE AND OFF, DURING THE TIME BETWEEN 2002 to 2002, I HAD DID A MOTION FOR A SPEEDY TRIAL ON THREE CASES CAUSE: 26162, 26168, 26169 TO THE DA ~~JEFF HERRINGTON~~ ~~TO~~ AND JUDGE CALHOUN AND MY lawyer DAN SCARBROUGH, PLUS TO THE DISTRICT CLERK MAKING BUREAU AND NO RESPOND BACK FROM EIGHTH PARTY AND SO I MADE PAROLE ON A REVOKED VIOLATION WITH THOSE CASES STILL PENDING ON ME, AFTER BEEN IN-

DICTED ON THESE CASES WHILE I WAS IN T.D.C.J. SO NOW I MADE PAROLE 2007. AND WAS ON THE STREET UNTIL JULY 31, 2011. AND ITS WHEN I GOT LOCK UP AGAIN. WAS IN 2006 THEY HAD AND INDICTED ME AGAIN ON CAUSE: 26167, 26168 26169. YET NOTHING STILL HAPPEN TO ME ON THESE PENDING CHARGES I WENT INF 2010. STILL NOTHING HAPPEN I WAS ON PAROLE UNTIL NOV 30, 2010. WELL WHEN I GOT LOCK UP JULY 31, 2011. THEY SOME HOW FOUND OUT THAT THESE CHARGES WAS STILL PENDING ON ME FOR 10 YEARS AND TWO MONTHS

AFTER BEEN INDICTED ON THESE CASES TWICE ALREADY. WELL SO TODAY INDICTED ME AGAIN FOR THE THIRD TIME ON CAUSE: 26167, 26168, 26169. THEY KNOW THEY WAS WRONG TO CHARGE ME FOR THESE CASES AFTER ALREADY BEEN INDICTED TWICE ON THEM ALREADY, AND THAT MADE THE STATUE OF IMITATION UPON THEM, YET JUDGE PAM FLETCHER STILL PRESENTED ME ON THESE CASES TO 30 YEARS IN T.D.C.J. HERE IS PROOF WITH A NEWS PAPER CLIPPING TELLING YOU THE SAME THING THAT I'AM TRYING TO EXPLAIN TO URE ALL ABOUT. PLUS JUDGE PAM FLETCHER GOT ME STARTED DOING MY TIME APRIL OF 2006 WHEN I WAS ALREADY IN T.D.C.J. MADE PAROLE 2007.

the news paper clipping is telling you the same thing I was on the street wet in there G.J. Thats impossible, another err that they made to protect they self after seeing what they was wrong on my cases cause: 26167, 26168, 26169.

I got proof from the news paper clipping that was print in the news paper on Feb 2, 2012. Were they saying how the County courts had forgot about me, and yet and still they still charge me for a cases that was 10 years and 2 months old, and I still →

Should have gotten back time credit from 2007 to 2011 which was four more years added to my sentence that I got credit added from 2001 to 2007. But I was re-indited again from 2006 to 2011. So I dispenced that back time credit as well are those cases over turn because of the statue of limitation matters after already been indicted twice on them 2002 and 2006. It's all I ask for is the four years added also to my sentence as well as the 6 yrs, are those cases over turn. THANK you very much, do please reply back. Sincerely Ricky Adkins

# Man gets 30 years for robbing store

By PAUL STONE

Palestine Herald-Press | Posted: Thursday, February 2, 2012 6:19 am

A 48-year-old Palestine man accused of robbing a local convenience store more than a decade ago has been sentenced to serve 30 years in prison for the offense following a plea agreement between the state and defendant.

On Monday, Ricky Lynn Adams, 48, of Palestine was sentenced to 30 years in the Texas Department of Criminal Justice after pleading guilty to three charges, including aggravated robbery, in connection with the December 2001 holdup of a local convenience store.

Adams, who has lived in Palestine and Dallas in the past, pleaded guilty on Monday to the charges of aggravated robbery, aggravated assault and felon in possession of a firearm before 349th State District Judge Pam Foster Fletcher at the Anderson County Courthouse, according to Stanley Sokolowski, assistant district attorney for Anderson County.

Adams was sentenced to 30 years on each charge, but the sentences will be served concurrently.

In addition to pleading guilty to the three local charges, Adams also pleaded "true" to having been convicted of three previous offenses, including forgery in Dallas County in 1988; burglary of a habitation in Dallas County in 1989; and unauthorized use of a motor vehicle in Anderson County in 1993.

Adams was represented by local defense attorney Dan Scarbrough.

Authorities have said Adams entered the Honey Stop convenience store in the 500 block of East Palestine Avenue shortly before 1 p.m. on Dec. 1, 2001 and asked to use the business' restroom. The man, who was later found to be armed with a .25-caliber handgun, instead first threatened a female employee who was in an office area of the store, demanding money, according to authorities.

After the woman indicated she did not have any money, Adams then "struck her in the head with the handgun" before proceeding back into the store area where he was able to remove $233 cash from the register after threatening a second female employee, according to Sokolowski.

Adams then fled from the store on foot and was apprehended a short time later by former Palestine police officer Weldon Richards, according to the assistant district attorney.

Following his arrest, Adams, who was on parole at the time, was taken back to the store where he was positively identified by the two store employees and a Good Samaritan who had stopped to assist after seeing the suspect fleeing from the business, Sokolowski said.

All but $43 of the stolen money was recovered by authorities, he added.

Based on the new Anderson County offenses, Adams had his parole revoked and was held by the TDCJ from January 2002 through March 2007, according to Sokolowski.

At that point, Adams should have been remanded back into the custody of Anderson County authorities to face the three new charges, but "there was no hold placed on him" and he was released, the assistant district attorney indicated.

Approximately 10 years and two months after committing the crimes, Adams was finally brought to justice, according to Sokolowski.

"The ball was obviously dropped," Sokolowski said without assigning blame. "A violent offender was walking the streets for several years."

Primarily due to the passage of time, the assistant district attorney said the state had to track down the victim in the case who now resides in Arizona. Richards, the officer who captured Adams, also no longer works for the local police department, he added.

Sokolowski said the victim was pleased with Adams' 30-year prison sentence.

Under state law, Adams must serve at least half -- or 15 years -- of his sentence before being eligible for parole.

Adams was given credit for almost six years served in prison between the time of his arrest on the charges and this week's conviction, Sokolowski explained.

------------

Paul Stone may be contacted via e-mail at pstone@palestineherald.com